IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DEAN GIBSON KILBY, | * |
|         Plaintiff, | * |
| v. | Case No. 7:24-cv-132 (LAG-AGH) |
| | * |
| CO1 MOODY, et al., | |
| | * |
|         Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 4, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 4th day of December, 2025.

                                                David W. Bunt, Clerk

                                                s/ Katie Logsdon, Deputy Clerk